**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEITH MULLINS and
NANCY MULLINS,

    Plaintiffs,

v.                              CASE NO: 8:16-cv-394-T-26TGW

NATIONWIDE ADVANTAGE
MORTGAGE COMPANY,

    Defendant.
_____/

**O R D E R**

Before the Court is the Plaintiffs' Joint Stipulation of Dismissal with Prejudice (Dkt. 24). In accord with the Joint Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1)    This cause is dismissed with prejudice.

2)    The Clerk is directed to terminate any pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 5, 2016.

                                s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record